### 3182.  DALY et al. v. THE STATE.

POWELL, J.   1. The evidence fully authorized the verdict.
2. Under the facts of the case, there was no error in failing to charge the jury as to the law of assault and battery.  Cf. *Hendricks* v. *State*, 73 *Ga.* 577; *Robinson* v. *State*, 84 *Ga.* 674 (5), (11 S. E. 544).
3. The other exceptions to the charge of the court are not well taken.
*Judgment affirmed.*

DECIDED APRIL 11, 1911.

Indictment for assault with intent to murder; from Bibb superior court—Judge Felton.  December 19, 1910.

*W. D. Nottingham, W. A. McClellan,* for plaintiffs in error.
*W. J. Grace, solicitor-general,* contra.

---

### 3184.  JOHNSON v. CITY OF WAYCROSS.

POWELL, J.   1. The evidence, though circumstantial, authorized the verdict.
2. The fact that intoxicating liquor was kept for the purpose of unlawful sale may be evidenced otherwise than by the fact that a sale actually took place.                                          *Judgment affirmed.*

DECIDED APRIL 11, 1911.

Certiorari; from Ware superior court—Judge Parker.  December 23, 1910.

*Crawley & Crawley,* for plaintiff in error.
*Wilson, Bennett & Lambdin,* contra.